# EXHIBIT E

| US8680992B2 | CME Group Inc. ("The accused instrumentality") |
|---|---|
| 1. A method for providing feedback from a device, the method comprising: | The accused instrumentality practices a method for providing feedback from a device (e.g., providing a session report along with the feedback from a device (e.g., PC) enabled with the accused instrumentality).<br><br><br>https://www.cmegroup.com/<br><br>As shown below, the accused instrumentality uses LogRocket to detect and capture rage click sessions, trigger real time feedback and send session event report along with feedback from user's device. |



Source: Fiddler packet capture

Specifically, the screenshots below show that the CME website uses LogRocket to detect and log Mouse Events such as clicks.



Source: Fiddler packet capture

Source: Fiddler packet capture



https://logrocket.com/



https://logrocket.com/



https://www.g2.com/products/logrocket/features

LogRocket Feedback allows you to quickly get ratings and feedback directly from your end users without any additional instrumentation. This is purchasable as an add-on on top of your base contract. You can trial and purchase within the dashboard.

## Overview

Navigate to the Feedback tab within your dashboard.

Here, you can set up different surveys and view responses that your users have submitted. To get started, click '+ Add Survey' in the top righthand corner.

This will open up the survey creation pane. First, give your survey a name. Then, you can define targets using LogRocket filters to define when you want this survey to appear for your users as well as the survey type and location it will appear for your end users.



https://docs.logrocket.com/docs/feedback

Preview

You can copy and append the preview parameters on your own website to see exactly what your end users will see. We currently don't support any style or position customization.



https://docs.logrocket.com/docs/feedback

## Reviewing Submissions

To review user submissions for each survey, just click the survey name to be taken to a list of all user feedback. You'll see a rating (if applicable), any text entered in the input box, and a link to the exact LogRocket session in which the feedback was submitted.

**session report along with the feedback**

| User ID | Feedback | Session | Submission Date |
|---------|----------|---------|-----------------|
| Anonymous User | Please add more cool features | ▶ June 12, 12:53am EDT<br>64 EVENTS • 0:27:29 | June 12, 12:53am EDT |
| Sarah Carter | Please add more cool features | ▶ June 11, 3:29pm EDT<br>213 EVENTS • 0:20:20 | June 11, 3:29pm EDT |
| Anonymous User | this feature is really useful but could load faster | ▶ June 11, 11:10am EDT<br>251 EVENTS • 0:22:35 | June 11, 11:10am EDT |

You have the option to export a list of submissions as a CSV by clicking the icon in the upper right corner.

https://docs.logrocket.com/docs/feedback

| | |
|---|---|
| detecting a user frustration event; | The accused instrumentality practices a method of detecting a user frustration event (e.g., identifying rage clicks)<br><br>As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, click maps, heat maps, etc. and generates a real-time session event report along with the feedback and further transmitted to the teams of the accused instrumentality to analyze and resolve the issues and improve their services. |



https://logrocket.com/



https://docs.logrocket.com/docs/data-collected



# Rage clicks and dead clicks

Automatically surface dead clicks and rage clicks that hamper the user experience. Drill down to watch individual user sessions and uncover the root cause of frustration.

Learn more →

https://logrocket.com/features/ux-analytics

## Session Playback View

LogRocket provides clickmaps and heatmaps as part of session replay. These show you the parts of your page that your users are clicking on most frequently.

To view the click map or heat map for a specific page, you should be in the session playback part of the application. Find the page whose click map you would like to view and pause the playback. In the top-right corner, click the **Heatmap** tab.



From here, you can select the type of click map you would like to view by clicking on the **Most Clicked Elements** dropdown. LogRocket offers the ability to view click maps for most clicked elements, as well as most rage-clicked and most dead-clicked.

You will see an overlay showing the most clicked, rage-clicked, or dead-clicked elements on the page.

https://docs.logrocket.com/docs/click-maps

| associating the user frustration event with a device event | The accused instrumentality practices a method of associating the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) with a device event (e.g., detecting and capturing sessions related to rage clicks) that includes an active operation of the device (e.g., active operation of the accused instrumentality) at a time when the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) occurred. |

| that includes an active operation of the device at a time when the user frustration event occurred; | As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, click maps, heat maps, etc. and generates a real-time session event report along with the feedback and further transmitted to the teams of the accused instrumentality to analyze and resolve the issues and improve their services.  https://logrocket.com/ |

## Data Collected

LogRocket captures various forms of data to help debug problems and understand user behavior

### DOM video replay and user events (click, scroll, etc)



☰ TABLE OF CONTENTS

DOM video replay and user events (click, scroll, etc)

Network request and responses

Performance data

Console and redux logs

https://docs.logrocket.com/docs/data-collected

# User Experience Analytics

Increase engagement and improve the design of your apps

- Use heatmaps, clickmaps, and scroll maps to optimize page layouts

- Surface and quantify how user frustrations like rage clicks and dead clicks hurt product adoption and conversion

Learn more →



https://logrocket.com/features



# Rage clicks and dead clicks

Automatically surface dead clicks and rage clicks that hamper the user experience. Drill down to watch individual user sessions and uncover the root cause of frustration.

Learn more →

https://logrocket.com/features/ux-analytics

**FEATURE**

# Session Replay

- Reproduce every issue with a pixel-perfect replay

- Search for sessions by user to quickly resolve support tickets and user reported issues

Make better product decisions by watching real users interact with your web and mobile apps.

https://logrocket.com/features/session-replay

## Session Playback View

LogRocket provides clickmaps and heatmaps as part of session replay. These show you the parts of your page that your users are clicking on most frequently.

To view the click map or heat map for a specific page, you should be in the session playback part of the application. Find the page whose click map you would like to view and pause the playback. In the top-right corner, click the **Heatmap** tab.



From here, you can select the type of click map you would like to view by clicking on the **Most Clicked Elements** dropdown. LogRocket offers the ability to view click maps for most clicked elements, as well as most rage-clicked and most dead-clicked.

You will see an overlay showing the most clicked, rage-clicked, or dead-clicked elements on the page.

https://docs.logrocket.com/docs/click-maps

## Heatmaps & Click Maps

See how users interact with your app. Know where activity is highest (or lowest) and which elements users click and how often. Observe activity by URL or by user.

Learn more →

## Scrollmaps

Learn where and why users stop scrolling so you can best position your important content and features to make sure users see the information you want them to.

Learn more →

https://logrocket.com/features/ux-analytics



https://docs.logrocket.com/docs/click-maps



https://docs.logrocket.com/docs/click-maps

| forming an event package based at least in part on the user frustration event and the device event that includes | The accused instrumentality practices a method of forming an event package (e.g., session event report) based at least in part on the user frustration event (e.g., repeatedly clicking on particular element i.e., rage clicking) and the device event (e.g., detecting and capturing sessions related to rage clicks) that includes information indicating a level (session replay videos, click maps, heat maps, etc. for rage clicks), a type of user frustration, and information related to routing (e.g., IP address of the server of the accused instrumentality) the event package (e.g., session event report) through a network (e.g., Internet). |
|---|---|

| | |
|---|---|
| information indicating a level, a type of user frustration, and information related to routing the event package through a network; and | As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, click maps, heat maps, etc. and generates a real-time session event report along with the feedback and further transmitted to the teams of the accused instrumentality to analyze and resolve the issues and improve their services.<br><br><br>https://logrocket.com/ |



https://docs.logrocket.com/docs/data-collected

## User Experience Analytics

Increase engagement and improve the design of your apps

- Use heatmaps, clickmaps, and scroll maps to optimize page layouts

- Surface and quantify how user frustrations like rage clicks and dead clicks hurt product adoption and conversion

Learn more →



https://logrocket.com/features



## Rage clicks and dead clicks

Automatically surface dead clicks and rage clicks that hamper the user experience. Drill down to watch individual user sessions and uncover the root cause of frustration.

Learn more →

https://logrocket.com/features/ux-analytics

**FEATURE**

# Session Replay

- Reproduce every issue with a pixel-perfect replay

- Search for sessions by user to quickly resolve support tickets and user reported issues

Make better product decisions by watching real users interact with your web and mobile apps.

https://logrocket.com/features/session-replay

## Session Playback View

LogRocket provides clickmaps and heatmaps as part of session replay. These show you the parts of your page that your users are clicking on most frequently.

To view the click map or heat map for a specific page, you should be in the session playback part of the application. Find the page whose click map you would like to view and pause the playback. In the top-right corner, click the **Heatmap** tab.



From here, you can select the type of click map you would like to view by clicking on the **Most Clicked Elements** dropdown. LogRocket offers the ability to view click maps for most clicked elements, as well as most rage-clicked and most dead-clicked.

You will see an overlay showing the most clicked, rage-clicked, or dead-clicked elements on the page.

https://docs.logrocket.com/docs/click-maps

# Heatmaps & Click Maps

See how users interact with your app. Know where activity is highest (or lowest) and which elements users click and how often. Observe activity by URL or by user.

Learn more →

# Scrollmaps

Learn where and why users stop scrolling so you can best position your important content and features to make sure users see the information you want them to.

Learn more →

https://logrocket.com/features/ux-analytics



https://docs.logrocket.com/docs/click-maps

| | |
|---|---|
| | <br>https://docs.logrocket.com/docs/click-maps |
| transmitting the event package. | The accused instrumentality practices transmitting the event package (e.g., transmitting session event report along with the feedback to the teams of the accused instrumentality).<br><br>As shown below, when user clicks repeatedly on a particular element or certain area of app or website, rage click is occurred which is detected/identified by accused instrumentality. The accused instrumentality auto-captures the session events of rage clicks in the form of session replay videos, click maps, heat maps, etc. and generates a real-time session event report along with the feedback and further transmitted to the teams of the accused instrumentality to analyze and resolve the issues and improve their services. |



https://logrocket.com/features

## Notifications

You can sign up to be proactively notified about new submissions to your survey. We offer the option of a daily email summary of any new submissions as well as realtime Slack notifications.

https://docs.logrocket.com/docs/feedback



https://www.youtube.com/watch?v=iV5TZpxdDuc



https://logrocket.com/solutions/bug-reproduction

## Reviewing Submissions

To review user submissions for each survey, just click the survey name to be taken to a list of all user feedback. You'll see a rating (if applicable), any text entered in the input box, and a link to the exact LogRocket session in which the feedback was submitted.

session report along with the feedback

| User ID | Feedback | Session | Submission Date |
|---|---|---|---|
| Anonymous User | Please add more cool features | ▶ June 12, 12:53am EDT<br>64 EVENTS • 0:27:29 | June 12, 12:53am EDT |
| Sarah Carter | Please add more cool features | ▶ June 11, 3:29pm EDT<br>213 EVENTS • 0:20:20 | June 11, 3:29pm EDT |
| Anonymous User | this feature is really useful but could load faster | ▶ June 11, 11:10am EDT<br>251 EVENTS • 0:22:35 | June 11, 11:10am EDT |

You have the option to export a list of submissions as a CSV by clicking the icon in the upper right corner.

https://docs.logrocket.com/docs/feedback