

Patents • Trademarks • Copyrights • IP Litigation
Licensing • Foreign Filings • Trade Secrets

January 13, 2023

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE: *Savannah Licensing LLC v. CME Group Inc.*
Civil Action No. 1:22-cv-10130-JLR

Dear Judge Rochon:

The undersigned is counsel for Savannah Licensing LLC, having been admitted *Pro Hac Vice* on December 1, 2022 (Dkt. 10). I respectfully request a continuance of the Initial Pretrial Conference currently scheduled for January 23, 2023 (Dkt. 12), until February 22, 2023, or until such date convenient for the Court.

For cause, Defendant was granted an extension of time until February 10, 2023 in which to answer or otherwise respond to Plaintiff's Complaint (Dkt. 14). This is the first request to continue the Initial Pretrial Conference in this matter and granting this request will not alter the date of any other event or deadline in this case. This request is not for purposes of delay. I have conferred with counsel for Defendant, and Defendant consents to the extension of time.

Accordingly, Plaintiff respectfully requests the Court grant this request, continuing the Initial Pretrial Conference and thereby postponing the due date for submission of the proposed Case Management Plan and Joint Letter to one (1) week prior to the new conference date.

*[Handwritten annotation:]* The request is GRANTED. The Initial Pretrial Conference is adjourned to **February 23, 2023** at 10:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: January 13, 2023
New York, New York

SO ORDERED

*/s/ Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

January 13, 2023
Page 2

                                            Respectfully submitted,

                                            Howard L. Wernow

HLW/tlo
cc: Counsel for Defendant (*via email*)