

Patents • Trademarks • Copyrights • IP Litigation
Licensing • Foreign Filings • Trade Secrets

February 7, 2023

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE: *Savannah Licensing LLC v. CME Group Inc.*
Civil Action No. 1:22-cv-10130-JLR

> The parties' request is GRANTED. The Initial Pretrial Conference is adjourned to **April 10, 2023** at 12:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse. The Court is unlikely to grant an additional request for a stay in light of the length of this adjournment.
>
> Dated: February 7, 2023
> New York, New York
>
> SO ORDERED
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Dear Judge Rochon:

The undersigned is counsel for Savannah Licensing LLC and hereby requests a stay of the above-referenced matter, including all deadlines, for sixty (60) days, up through and including April 10, 2023.

For cause, the parties are currently engaged in settlement negotiations and believe that they will be able to resolve this matter within the requested timeframe. The parties would like to avoid additional costs and do not want the judicial resources of this Court spent on the case in light of the posture for likely settlement.

I have conferred with counsel for Defendant, and counsel for Defendant does not oppose this request. Good cause exists for granting this Motion, as set forth above. This Motion is not filed for purposes of delay but so that justice may be served.

Accordingly, Plaintiff respectfully requests the Court grant a stay of the proceedings between the parties, including all deadlines, until April 10, 2023.

February 7, 2023
Page 2

                                        Respectfully submitted,

                                        Howard L. Wernow

HLW/tlo
cc: Counsel for Defendant (*via email*)