IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAVANNAH LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>CME GROUP INC.,<br><br>Defendant. | CASE NO.: 1:22-cv-10130-JLR<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## PROPOSED ORDER

Having considered the parties' Stipulation for Dismissal, the Court finds that Civil Action No. 1:22-cv-10130-JLR by Savannah Licensing LLC ("Savannah") against CME Group Inc. ("CME") should be DISMISSED WITH PREJUDICE.  Accordingly, it is ORDERED that:

1. Any and all claims by Savannah against CME are dismissed with prejudice;

2. All parties shall bear their own attorneys' fees, expenses, and costs; and

3. All other relief requested is hereby DENIED AS MOOT.

April 4, 2023
Date

_Jennifer Rochon_
The Honorable Jennifer L. Rochon